**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

October 22, 2015

Louis A. Olivarez
1098 S. Highway 2037
Fort Stockton, TX 79735

Hon. Todd  A. Clark
Attorney at Law
P.O. Box 2156
Austin, TX 78768
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00388-CV
Tr.Ct.No. 2012-DCV-2138-G
Style:      In Re:  Louis Olivarez

Relator's motion for reconsideration in the above cause was this day DENIED by this Court.

Very truly yours,

*Dorian E. Ramirez*

Dorian E. Ramirez, Clerk

DER:ch